**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-30310 |
| Plaintiff - Appellee, | D.C. No. 3:02-cr-00014-HRH-1 District of Alaska, Anchorage |
| v. | |
| RODNEY SCOTT, | ORDER |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Alaska
H. Russel Holland, Senior District Judge, Presiding

Argued and Submitted January 11, 2010
Seattle, Washington
Submission Withdrawn October 1, 2010
Resubmitted August 8, 2011

Before: KLEINFELD, TASHIMA, and TALLMAN, Circuit Judges.

In light of the government's confession of error, its motion for remand to the district court for further proceedings consistent with Freeman v. United States, 131 S. Ct. 2685 (2011) is GRANTED so that the district court can consider Rodney Scott's motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c).

**VACATED AND REMANDED.**